# In the United States Court of Federal Claims
## (Pro Se)

|  |  |  |
|---|---|---|
| NEANO S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25-426 |
| v. | ) | (Filed: September 4, 2025) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Before the Court is Mr. Mitchell's latest application to proceed in forma pauperis ("IFP"). IFP Appl., Docket No. 16. This motion was filed pursuant to this Court's order on July 21, 2025. Order, Docket No. 13. This Court informed Mr. Mitchell that his previous IFP application, Docket No. 12, was defective because it did not include "a certified copy of the trust fund account statement . . . for the 6-month period immediately preceding the filing of the complaint." Order (quoting 28 U.S.C. § 1915(a)(2)). The Court instructed Mr. Mitchell that to proceed IFP he must submit an account statement (or multiple account statements) covering February 2025, January 2025, December 2024, November 2024, October 2024, and September 2024. Id. Finally, the Court warned Mr. Mitchell that if he failed to comply with its order, his complaint would be dismissed for failure to prosecute. Id.

Mr. Mitchell's latest IFP application, however, does not comply with this Court's order. While the application includes an account statement, the statement covers the months of June and July 2025. See IFP Appl. at 4, Docket No. 16. For that reason, Mr. Mitchell's IFP application does not comply with 28 U.S.C. § 1915(a)(2). Thus, Mr. Mitchell's application, Docket No. 16, is **DENIED**. Mr. Mitchell's prior IFP application, Docket No. 12, is also **DENIED**.

Further, in accordance with this Court's July 21, 2025 Order, Mr. Mitchell's complaint is **DISMISSED without prejudice** for failure to prosecute pursuant to RCFC 41(b).

The Court informs Mr. Mitchell that "without prejudice" means he is free to file a new complaint making the same claim. However, if he again wishes to proceed in forma pauperis, Mr. Mitchell must comply with 28 U.S.C. § 1915(a)(2). As explained above and in prior orders, this means Mr. Mitchell must include an account statement for the 6-month period immediately before the filing of the complaint. Account statements covering less than 6 months or covering months other than the 6 immediately before the complaint will not be accepted.

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

_____
ELAINE D. KAPLAN
Judge